

# LIST OF DECISIONS ANNOUNCED BY
# THE SUPREME COURT OF ALABAMA
# ON FRIDAY, JULY 25, 2014

**Wise, J.**

1121291   Ex parte Edgetech I.G., Inc. n/k/a Quanex I.G. Systems, Inc.  PETITION FOR WRIT OF MANDAMUS: CIVIL  (In re: Tiffin Motorhomes, Inc. v. Thompson I.G., LLC et al.)   (Franklin Circuit Court: CV-13-900034).

**Petition Granted.  Writ Issued.**

Circuit Judge, Terry Lee Dempsey, (256) 332-8893
Pet. Atty., Brian Patrick Kappel, (205) 581-0700
Pet. Atty., Terry W. McCarthy, (205) 581-0700
Pet. Atty., Lana A. Olson
Resp. Chief Counsel, Chris T. Hellums, (205) 322-8880
Resp. Atty., Joseph Douglas Aiello, (256) 536-0588
Resp. Atty., Jeffrey Lowell Bowling, (256) 332-2880
Resp. Atty., David J. Hodge, (256) 536-0588
Resp. Atty., Booth G. Samuels, (205) 322-8880
Resp. Atty., Grant A. Wright, (256) 383-6357